**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Goins, Jason Gerald** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>**Goins, Shaundra Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**d/b/a Goins Construction** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**f/k/a Shaundra Lynn Kubista** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**1567, 20-0290526** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**3785** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**310 East 1st Street<br>Janesville, MN 56048** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>**310 East 1st Street<br>Janesville, MN 56048** |
| County of Residence or of the<br>Principal Place of Business:   **Waseca** | County of Residence or of the<br>Principal Place of Business:   **Waseca** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                                    **FORM B1, Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s):  **Jason Gerald Goins, Shaundra Lynn Goins** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location <br> Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: <br>   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Jason Gerald Goins**
Signature of Debtor

X   **Shaundra Lynn Goins**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**01/05/2005**
Date

### Signature of Attorney

X   **/e/Mark C. Halverson**
Signature of Attorney for Debtor(s)

**Mark C. Halverson,  124217**
Printed Name of Attorney for Debtor(s) / Bar No.

**Halverson Law Office**
Firm Name

**600 South Second Street  P.O. Box 3544**
Address

**Mankato, MN 56002-3544**

**1-507-345-1535**                       **1-507-345-6407**
Telephone Number

**01/05/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/e/Mark C. Halverson**                       **01/05/2005**
Signature of Attorney for Debtor(s)                Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☒   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form B6**
**(6/90)**

# United States Bankruptcy Court
# District of Minnesota

In re   **Jason Gerald Goins**                    **Shaundra Lynn Goins**          Case No.

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 115.000.00 | | |
| B - Personal Property | YES | 3 | $ 70,066.20 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 174.668.58 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 7,393.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 38.996.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,294.78 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,985.00 |
| Total Number of sheets in ALL Schedules ➤ | | 22 | | | |
| Total Assets ➤ | | | $ 185,066.20 | | |
| Total Liabilities ➤ | | | | $ 221,059.17 | |

## UNITED STATES BANKRUPTCY COURT

## District of Minnesota

In re: **Jason Gerald Goins**          **Shaundra Lynn Goins**          Case No. _____

**1567**                              **3785**                         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **01/05/2005** _____

Signed:    **/e/Mark C. Halverson** _____

**Mark C. Halverson**

Bar No.    **124217**

Signed:    **Jason Gerald Goins** _____

**Jason Gerald Goins**

Signed:    **Shaundra Lynn Goins** _____

**Shaundra Lynn Goins**

FORM B6A
(6/90)

In re: **Jason Gerald Goins**                **Shaundra Lynn Goins**        .      **Case No.** _____

            **Debtor**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Homestead located at 310 East 1st Street, Janesville, MN 56048 and legally described as:  Lot Six (6) and the West one-half of Lot Five (5), in Subdivision of Block 17, First Addition to the City of Janesville, Waseca County, State of Minnesota** | | **J** | **$ 115,000.00** | **$  92,359.86** |
| | Total ➤ | | **$ 115,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Jason Gerald Goins**                **Shaundra Lynn Goins**           Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | **600.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Janesville State Bank 201 North State Street Janesville, MN 56048 Business Checking Account** | W | **500.00** |
| | | **Janesville State Bank 201 North State Street Janesville, MN 56048 Personal Checking Account** | W | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings including Big Screen TV ($400.00)** | J | **4,000.00** |
| | | **PC ($250.00) and laptop ($450.00).** | J | **700.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Porcelain paintings by Nita Clemens and Terry Ridland** | J | **500.00** |
| 6. Wearing apparel. | | **Clothing** | J | **300.00** |
| 7. Furs and jewelry. | | **Watches and wedding bands** | J | **300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Pool Cue** | H | **180.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Ecumen Life Ins. Co. Provided by Employer Term policy with no cash value** | W | **0.00** |
| | | **Metropolitan Life Ins. One Madison Avenue New York, NY 10010-3690 Term Policy with No Cash Value** | H | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B
(10/89)

In re  **Jason Gerald Goins** _____ **Shaundra Lynn Goins** _____ '  Case No. _____
              Debtor                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Mutual of America 401-K Normandale Lake Office Park 800 Norman Center Dr., Ste. 1110 Bloomington, MN 55437-1119 Not Property of the Estate** | **W** | **46.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Accrued Wages** | **W** | **944.80** |
| | | **Accrued Wages** | **H** | **1,925.40** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Estimated 2004 Tax Refund** | **J** | **6,115.00** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B
(10/89)

In re **Jason Gerald Goins**          **Shaundra Lynn Goins**          Case No. _____
         Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1964 Chevrolet Dump Truck** | H | 500.00 |
| | | **1988 Honda Acura Integra** | J | 600.00 |
| | | **2003 Dodge Dakota** | W | 16,000.00 |
| | | **2003 Dodge Dakota** **Vehicle Totalled** | J | 0.00 |
| | | **2004 Ford F250** | J | 30,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **Roofing Tools and Supplies** | H | 6,755.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__ continuation sheets attached                Total  ➤  $ 70,066.20

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Jason Gerald Goins**                    **Shaundra Lynn Goins**              , **Case No.** _____
                     Debtor.                                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                                           been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                                           than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                                           exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1964 Chevrolet Dump Truck** | **11 USC § 522(d)(2)** | **500.00** | **500.00** |
| **1988 Honda Acura Integra** | **11 USC § 522(d)(2)** | **600.00** | **600.00** |
| **Accrued Wages** | **11 USC § 522(d)(5)** | **1,925.40** | **1,925.40** |
| **Accrued Wages** | **11 USC § 522(d)(5)** | **944.80** | **944.80** |
| **Cash on Hand** | **11 USC § 522(d)(5)** | **600.00** | **600.00** |
| **Clothing** | **11 USC § 522(d)(3)** | **300.00** | **300.00** |
| **Estimated 2004 Tax Refund** | **11 USC § 522(d)(5)** | **6,115.00** | **6,115.00** |
| **Homestead located at 310 East 1st Street, Janesville, MN 56048 and legally described as: Lot Six (6) and the West one-half of Lot Five (5), in Subdivision of Block 17, First Addition to the City of Janesville, Waseca County, State of Minnesota** | **11 USC § 522(d)(1)** | **22,640.14** | **115,000.00** |
| **Household Goods and Furnishings including Big Screen TV ($400.00)** | **11 USC § 522(d)(3)** | **4,000.00** | **4,000.00** |
| **Janesville State Bank 201 North State Street Janesville, MN 56048 Business Checking Account** | **11 USC § 522(d)(5)** | **500.00** | **500.00** |
| **Janesville State Bank 201 North State Street Janesville, MN 56048 Personal Checking Account** | **11 USC § 522(d)(5)** | **100.00** | **100.00** |

FORM B6C
(6/90)

In re **Jason Gerald Goins**                    **Shaundra Lynn Goins**           , Case No. _____
                        Debtor.                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Mutual of America 401-K Normandale Lake Office Park 800 Norman Center Dr., Ste. 1110 Bloomington, MN 55437-1119 Not Property of the Estate** | **11 USC § 522(d)(10)(E)** | 46.00 | 46.00 |
| **PC ($250.00) and laptop ($450.00).** | **11 USC § 522(d)(5)** | 700.00 | 700.00 |
| **Pool Cue** | **11 USC § 522(d)(5)** | 180.00 | 180.00 |
| **Porcelain paintings by Nita Clemens and Terry Ridland** | **11 USC § 522(d)(5)** | 500.00 | 500.00 |
| **Roofing Tools and Supplies** | **11 USC § 522(d)(5)** **11 USC §522(d)(6)** | 3,055.00 3,700.00 | 6,755.00 |
| **Watches and wedding bands** | **11 USC § 522(d)(4)** | 300.00 | 300.00 |

FORM B6D
(12/03)

In re: **Jason Gerald Goins**          **Shaundra Lynn Goins**          ,   Case No. _____

　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Daimler-Chrysler Services, N.A., LLC**<br>**400 Horsham Road**<br>**Horsham, PA 19044** | | W | **Security Agreement**<br>**2003 Dodge Dakota**<br>———————<br>**VALUE $16,000.00** | | | | 16,500.00 | 500.00 |
| ACCOUNT NO.   **35687832**<br>**Ford Motor Credit Company**<br>**PO Box 64400**<br>**Colorado Springs, CO 80962-44** | | H | **Security Agreement**<br>**2004 Ford F250**<br>———————<br>**VALUE $30,000.00** | | | | 42,793.72 | 12,793.72 |
| ACCOUNT NO.   **00026301231-00001**<br>**M & I Financial**<br>**PO Box 2045**<br>**Milwaukee, WI 53201-2045** | | W | **Security Agreement**<br>**2003 Dodge Dakota plus legal fees**<br>**Vehicle Totalled**<br>———————<br>**VALUE $0.00** | | | | 10,515.00 | 10,500.00 |
| ACCOUNT NO.<br>**Progressive Insurance Co.**<br>**2700 Snelling Avenue North, Ste. 200**<br>**Roseville, MN 55113** | | J | **2003 Dodge Dakota**<br>**Vehicle Totalled**<br>———————<br>**VALUE $0.00** | | | | 12,500.00 | 22,500.00 |
| ACCOUNT NO.<br>**State Farm Loan Services**<br>**PO Box 5961**<br>**Madison, WI 53705-0961** | | J | **Second Lien on Residence**<br>**Homestead located at 310 East 1st**<br>**Street, Janesville, MN 56048 and**<br>**legally described as:  Lot Six (6) and**<br>**the West one-half of Lot Five (5), in**<br>**Subdivision of Block 17, First**<br>**Addition to the City of Janesville,**<br>**Waseca County, State of Minnesota**<br>———————<br>**VALUE $115,000.00** | | | | 18,464.86 | 0.00 |

<u>1</u> Continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal** ➤<br>(Total of this page) | | **$100,773.58** |
| **Total** ➤<br>(Use only on last page) | | |
| | | (Report total also on Summary of Schedules) |

FORM B6D
(12/03)

In re: **Jason Gerald Goins**          **Shaundra Lynn Goins**          .          Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **60622184** <br><br> **TCF Mortgage** <br> **801 Marquette Avenue** <br> **Minneapolis, MN 55402** | | **J** | **Mortgage** <br> **Homestead located at 310 East 1st Street, Janesville, MN 56048 and legally described as:  Lot Six (6) and the West one-half of Lot Five (5), in Subdivision of Block 17, First Addition to the City of Janesville, Waseca County, State of Minnesota** <br> ———————————— <br> **VALUE $115,000.00** | | | | 73,895.00 | 0.00 |

Sheet no.  1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

**Subtotal** ➤
(Total of this page)                               **$73,895.00**

**Total** ➤
(Use only on last page)                         **$174,668.58**

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re __Jason Gerald Goins__                    __Shaundra Lynn Goins__                Case No. _____
            Debtor                                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

          1   Continuation sheets attached

Form B6E - Cont.
(04/04)

In re  **Jason Gerald Goins**                    **Shaundra Lynn Goins**                    ,   Case No.
               Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **20-0290526**<br><br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0039** | | H | **Federal Withholding and Unemployment taxes for 1st quarter and 4th quarter of 2004** | | | | 1,407.24 | 1,407.24 |
| ACCOUNT NO.   **473941567**<br><br>**Minnesota Department of Revenue**<br>**PO Box 64651**<br>**St. Paul, MN 55164-0651** | | H | **Benefit Overpayment-Failure to repay unemployment benefits received** | | | | 5,257.80 | 5,257.80 |
| ACCOUNT NO.<br><br>**Minnesota Dept. of Employment and Economic Development**<br>**390 Robert Street N.**<br>**St. Paul, MN 55101** | | H | **Withholding tax for 1st quarter and 4th quarter 2004** | | | | 728.93 | 728.93 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal<br>(Total of this page) | ➤ | **$7,393.97** |
|---|---|---|---|
|  | **Total**<br>**(Use only on last page of the completed Schedule E.)** | ➤ | **$7,393.97** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **Jason Gerald Goins**          **Shaundra Lynn Goins**          . Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2239457** | | H | | | | | 129.24 |
| **A to Z Rental Center**<br>**1428 North River Front**<br>**Mankato, MN 56001**<br>**Westampton, NJ 08060** | | | Services | | | | |
| ACCOUNT NO.   **4862-3623-8059-4708** | | W | | | | | 320.18 |
| **Capital One**<br>**PO Box 60000**<br>**Seattle, WA 98190-6000** | | | Credit Card Purchases | | | | |
| ACCOUNT NO.   **4305-7221-4522-1993** | | W | | | | | 651.35 |
| **Capital One**<br>**PO Box 60000**<br>**Seattle, WA 98190-6000**<br><br>**Capital One**<br>**PO Box 25131**<br>**Richmond, VA 23276-0001** | | | Credit Card Purchases | | | | |
| ACCOUNT NO.   **4388-6420-6120-0633** | | W | | | | | 1,108.78 |
| **Capital One**<br>**c/o Northland Group, Inc.**<br>**PO Box 390857**<br>**Edina, MN 55439** | | | Credit Card Purchases | | | | |
| ACCOUNT NO.   **814193** | | W | | | | | 134.00 |
| **Cenex**<br>**c/o Steven T. Rosso**<br>**1640 Como Avenue**<br>**PO Box 130668**<br>**St. Paul, MN 55113-0006** | | | NSF Check | | | | |

<u>7</u>   Continuation sheets attached

Subtotal   ➢

Total   ➢          $2,343.55

Form B6F - Cont.
(12/03)

In re **Jason Gerald Goins**      **Shaundra Lynn Goins**      . Case No. _____
    **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30336** <br> **Concorde Financial** <br> **720 28th Street SW** <br> **Fargo, ND 58106** | | H | Loan | | | | 1,350.18 |
| ACCOUNT NO. <br> **Credit Bureau of Redwood** <br> **PO Box 28** <br> **242 South Mill St.** <br> **Redwood Falls, MN 56283** | | W | **Accounts with Voyager Bank-Mankato (# 87520-217356, 87520-217357, 83220-204422, 83220-204414,), and Janesville Cenex Crystal (# 87520-215628)** | | | | 1,290.17 |
| ACCOUNT NO. **4227-0974-9220-3323** <br> **Cross Country Bank** <br> **c/o NCO Financial Systems, Inc.** <br> **PO Box 41417** <br> **Dept. 99** <br> **Phildelphia, PA 19101** | | H | **Credit Card Purchases** | | | | 895.33 |
| ACCOUNT NO. **08400010849** <br> **GE Capital Financial, Inc.** <br> **PO Box 79042** <br> **Phoenix, AZ 85062-9042** <br><br> **Concord Servicing Corporation** <br> **PO Box 4600** <br> **Scottsdale, AZ 85261-4600** | | W | **Miscellaneous Purchases** | | | | 799.91 |
| ACCOUNT NO. **692224 00 279427-8** <br> **Household Bank (SB), N.A.** <br> **c/o Corporate Receivables, Inc.** <br> **PO Box 32995** <br> **Phoenix, AZ 85064-2995** | | J | **Credit Card Purchases** | | | | 8,152.62 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal ➤ | **$12,488.21**
(Total of this page)

                                 Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Jason Gerald Goins**          **Shaundra Lynn Goins**          .   Case No.

Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **416342** <br><br> **Hy-Vee-Mankato-1** <br> **c/o Midwest Accounts** <br> **110 E. Walnut Street** <br> **PO Box 3564** <br> **Mankato, MN 56002** | | H | **Miscellaneous Purchases** | | | | 166.28 |
| ACCOUNT NO.   **00041444282** <br><br> **Immanuel St. Joseph's Hospital** <br> **c/o C. Andrew Johnson** <br> **1712 James Drive** <br> **PO Box 1896** <br> **North Mankato, MN 56002-1896** <br><br> **Professional Credit Analysts of MN** <br> **1710 James Drive** <br> **North Mankato, MN 56003** | | H | **Services** | | | | 403.56 |
| ACCOUNT NO.   **B546165** <br><br> **Infotel** <br> **33 Elm Street** <br> **Merrimack, NH 03054-6400** | | H | **Business Advertising** | | | | 394.45 |
| ACCOUNT NO.   **708989 & ...317801** <br><br> **Kwik Trip/Kwik Star Stores** <br> **Credit Dept.** <br> **PO Box 1597** <br> **LaCrosse, WI 54602-1597** <br><br> **ACA International** <br> **Check Services Division** <br> **226 North 6th Street** <br> **La Crosse, WI 54601-3319** <br><br> **Credit Bureau Data, Inc.** <br> **PO Box 2288** <br> **La Crosse, WI 54602-2288** | | J | **NSF Checks-Kwik Trip** | | | | 112.90 |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          Total (Total of this page)          **$1,077.19**

Total ➤

(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re __Jason Gerald Goins__                    __Shaundra Lynn Goins__                    .   Case No. _____
                     Debtor                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **GOINS CONST/MANK04**<br>**Lincoln Marketing, Inc.**<br>**PO Box 25122**<br>**Woodbury, MN 55125** | | H | **Services** | | | | 269.00 |
| ACCOUNT NO.  **51510 & 144966**<br>**Lindy's Collection Service/Checksafe**<br>**PO Box 99**<br>**New Ulm, MN 56073-0099** | | J | **NSF Checks-Lehillier Quick Mart, Collis C Store** | | | | 160.43 |
| ACCOUNT NO.  **350901**<br>**Mark Pitzele, P.A.**<br>**1550 Utica Avenue South, Ste. 500**<br>**St. Louis Park, MN 55416** | | H | **NSF Check-Hooligan's** | | | | 143.15 |
| ACCOUNT NO.  **4264296999878462**<br>**MBNA-Hilco Receivables, LLC**<br>**c/o National Enterprise Systems, Inc.**<br>**29125 Solon Road**<br>**Solon, OH 44129-3442** | | W | **Credit Card Purchases** | | | | 4,514.02 |
| ACCOUNT NO.  **8383-92-148-0016994**<br>**Mediacom**<br>**PO Box 110**<br>**Waseca, MN 56093-0000** | | W | **Services** | | | | 320.88 |

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$5,407.48** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Jason Gerald Goins**                    **Shaundra Lynn Goins**                    .    Case No. _____
           Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Menard Cashway Lumber** <br> **1771 Premier Drive** <br> **Mankato, MN 56001** <br><br><br> **M.C.C.** <br> **PO Box 538** <br> **Eau Claire, WI 54702-0538** | | H | **NSF Check** | | | | **129.10** |
| ACCOUNT NO.  **278568** <br><br> **Menards, Inc. 3050-Mankato** <br> **c/o CLX Systems/Westwood Mgmt.** <br> **PO Box 125** <br> **Medina, MN 55340-0125** | | H | **Miscellaneous Purchases** | | | | **209.44** |
| ACCOUNT NO.  **12351610185** <br><br> **NCO Financial Systems, Inc.** <br> **PO Box 41417** <br> **Dept. 99** <br> **Philadelphia, PA 19101** | | W | **NSF Check-Telecheck Recovery Services** | | | | **106.42** |
| ACCOUNT NO.  **QCFOXJ-0236-00** <br><br> **Safeguard Business Systems** <br> **Accounting Department** <br> **101 W. Burnsville Pkwy #207** <br> **Burnsville, MN 55337** <br><br> **D & B RMS** <br> **305 Fellowship Road, Suite 100** <br> **PO Box 5470** <br> **Mount Laurel, NJ 08054** | | H | **Miscellaneous Purchases** | | | | **96.51** |

Sheet no.  4  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$541.47** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Jason Gerald Goins**                    **Shaundra Lynn Goins**                    Case No. _____
        Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1497502**<br>**Sirius Satellite Radio, Inc.**<br>**PO Box 34517**<br>**Newark, NJ 07189-0001** | | H | **Services** | | | | **124.42** |
| ACCOUNT NO.  **7785-133161**<br>**Slumberland Furniture**<br>**c/o Wells Fargo Financial National Bank**<br>**PO Box 94498**<br>**Las Vegas, NV 89193-4498** | | W | **Furniture Purchase** | | | | **1,006.00** |
| ACCOUNT NO.  **852-8524082239-1**<br>**State Farm Bank, F.S.B.**<br>**c/o Patrick B. Hennessy**<br>**Best & Flanagan**<br>**225 South 6th St., Ste. 4000**<br>**Minneapolis, MN 55402** | | W | **Promissory Note** | | | | **7,446.51** |
| ACCOUNT NO.  **27419925**<br>**Target Corporation**<br>**PO Box 038994**<br>**Tuscaloosa, AL 35403-8994** | | W | **NSF Check-Target #0663** | | | | **59.82** |
| ACCOUNT NO.  **INV FC-513 and 543**<br>**TCB Tool Corporation**<br>**9124 Grand Avenue S**<br>**Bloomington, MN 55420-3636**<br><br>**I.C. System, Inc.**<br>**444 Hwy. 96 East**<br>**PO Box 64437**<br>**St. Paul, MN 55164-0437** | | H | **Miscellaneous Purchases** | | | | **1,017.00** |

Sheet no.  5  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| $9,653.75 |
|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Jason Gerald Goins**          **Shaundra Lynn Goins**          .  Case No. _____

_____Debtor_____          _____          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **141975-126109** <br> **TCF Banks** <br> **c/o Millenium Credit Consultants** <br> **PO Box 18160** <br> **West St. Paul, MN 55118-0160** | | **H** | **Loan** | | | | **511.35** |
| ACCOUNT NO.   **16041131607841** <br> **Telecheck Services, Inc.** <br> **PO Box 17120** <br> **Denver, CO 80217-0120** | | **W** | **NSF Check-Oasis Market** | | | | **47.00** |
| ACCOUNT NO.   **F-5073510223-00** <br> **The Berry Company** <br> **PO Box 710298** <br> **Cincinnati, OH 45271-0298** | | **H** | **Business Advertising** | | | | **2,912.44** |
| ACCOUNT NO.   **Inv. 144** <br> **The Wilderness Company** <br> **37808 Hillside Drive** <br> **St. Peter, MN 56082** | | **H** | **Services** | | | | **247.50** |
| ACCOUNT NO.   **316461982** <br> **T-Mobile** <br> **PO Box 790047** <br> **St. Louis, MN 63179-0047** <br> **63179-0047** | | **W** | **Services** | | | | **379.29** |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

**$4,097.58**

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Jason Gerald Goins__                    __Shaundra Lynn Goins__                    Case No. _____
          Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **16033641601391** <br><br> **TRS Recovery Services, Inc.** <br> **PO Box 60022** <br> **City of Industry, CA 91716-0022** | | H | **NSF Check-Oasis Market** | | | | 98.79 |
| ACCOUNT NO.  **DDA104773967385** <br><br> **U.S. Bank-Recovery Dept.** <br> **c/o River Collection & Recovery Service,** <br> **PO Box 992** <br> **Elk River, MN 55330** | | H | **Credit Card Purchases** | | | | 1,530.84 |
| ACCOUNT NO.  **779-0018149-1779-3** <br><br> **Waste Management** <br> **WM of Southern Minnesota MA** <br> **PO Box 336** <br> **Mankato, MN 56002-0336** <br><br> **D & B RMS** <br> **4836 Brecksville Road** <br> **PO Box 523** <br> **Richfield, OH 44286** | | W | **Services** | | | | 557.22 |
| ACCOUNT NO.  **378675** <br><br> **Yellow Book USA** <br> **6300 C Street SW** <br> **Cedar Rapids, IA 52404** | | H | **Business Advertising** | | | | 1,200.54 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ <br> (Total of this page) | | $3,387.39 |
| Total ➤ <br> **(Use only on last page of the completed Schedule F.)** | | $38,996.62 |

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Jason Gerald Goins**          **Shaundra Lynn Goins**          Case No. _____

_____ Debtor _____ , _____ **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re: __Jason Gerald Goins__                    __Shaundra Lynn Goins__         .   Case No. _____
                    **Debtor**                                                                                          **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(12/03)

**In re**  **Jason Gerald Goins  Shaundra Lynn Goins** , **Case No.** _____

Debtor                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>**Son**<br>**Daughter** | AGE<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Roofer** | **Nursing Assistant** |
| Name of Employer | **Self-employed** | **Mankato Lutheran Home** |
| How long employed | **5 years** | **1-1/2 years** |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **1,925.40** | $ | **2,038.16** |
| Estimated monthly overtime | $ | **0.00** | $ | **5.76** |
| SUBTOTAL | $ | **1,925.40** | $ | **2,043.93** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **385.08** | $ | **248.58** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify)    **Pension** | $ | **0.00** | $ | **40.89** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **385.08** | $ | **289.47** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,540.32** | $ | **1,754.46** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **1,540.32** | $ | **1,754.46** |

TOTAL COMBINED MONTHLY INCOME    **$ 3,294.78**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Mr. Goins is self-employed and his income is an estimated average.**

Form B6J
(6/90)

In re **Jason Gerald GoinsShaundra Lynn Goins**                              ,    Case No.

    Debtor                                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 830.00 |
| Are real estate taxes included?        Yes ✓      No | | |
| Is property insurance included?        Yes ✓      No | | |
| Utilities    Electricity and heating fuel | $ | 200.00 |
|       Water and sewer | $ | 0.00 |
|       Telephone | $ | 116.00 |
|       Other    **Cable** | $ | 97.00 |
|            **Garbage** | $ | 18.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 500.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 12.00 |
| Transportation (not including car payments) | $ | 486.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 0.00 |
|       Health | $ | 53.00 |
|       Auto | $ | 323.00 |
|       Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|       Auto | $ | 510.00 |
|       Other    **Day Care** | $ | 550.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,985.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |
| | (interval) | |

Official Form 6 - Cont .
(12/03)

In re: **Jason Gerald Goins**                    **Shaundra Lynn Goins**                    ,        Case No. _____
                 **Debtor**                                                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date:  **01/05/2005**                                        Signature:   **Jason Gerald Goins**
                                                                                                **Jason Gerald Goins**


Date:  **01/05/2005**                                        Signature:   **Shaundra Lynn Goins**
                                                                                                **Shaundra Lynn Goins**


[If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


(NOT  APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re: **Jason Gerald Goins**            **Shaundra Lynn Goins**            Case No. _____
**1567**                                **3785**                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from
operation of the debtor's business from the beginning of this calendar year to the date this case was
commenced.  State also the gross amounts received during the **two years** immediately preceding this
calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather
than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the **two years** immediately preceding the
commencement of this case.  Give particulars.  If a joint petition is filed, state income for each
spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts,
aggregating more than $600 to any creditor, made within **90 days** immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12
or chapter 13 must include payments by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **M&I Dealer Finance, Inc., Plaintiff, f. Shaundry Lynn Goins fka Shaundra Lynn Kubista, Defendant**<br>    **81-C9-04-157** | **Collections** | **District Court Third Judicial District County of Waseca, State of Minnesota** | **Judgment-Garnishment** |
| **State Farm Bank, FSB vs. Shaundra Goins**<br>    **C2-04-727** | **Collections** | **District Court Third Judicial District County of Waseca, Minnesota** | **Judgment** |
| **Cenex, Plaintiff vs. Shaundra L. Goins, Defendant**<br>    **Pending** | **Civil Contract-Summons and Complaint Served** | **District Court Third Judicial District County of Waseca, Minnesota** | **Pending** |
| **Professional Credit Analysts of Minnesota, Inc., Plaintiff vs. Jason Goins, Defendant**<br>    **Pending** | **Collections** | **District Court Third Judicial District County of Waseca, Minnesota** | **Pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Blue Earth County District Court** | **02/12/2003** | **2004 Ford PU valued at $30,000.00, impounded** |

## 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chrysler Financial PO Box 55000 Dept. 277001 Detroit, MI 48255** | **02/01/2004** | **2003 Dodge Dakota valued at $16,500.00.  Vehicle redeemed in March 2004.** |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **State Farm Bank, F.S.B.**<br>**c/op Patrick B. Hennessy**<br>**Best & Flanagan**<br>**225 South 6th St., Ste. 4000**<br>**Minneapolis, MN 55402** | **08/01/2004** | **2004 Bombadier ATV valued at $5,500.00** |

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mark C. Halverson**<br>**PO Box 3544**<br>**Mankato, MN 56002** | **December 23, 2004** | **$900.00** |

## 10. Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **01/05/2005**                              Signature       **Jason Gerald Goins**
                                                                                       of Debtor      **Jason Gerald Goins**


Date  **01/05/2005**                              Signature       **Shaundra Lynn Goins**
                                                                                       of Joint        **Shaundra Lynn Goins**
                                                                                       Debtor

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re:   **Jason Gerald Goins**             **Shaundra Lynn Goins**        Case No. _____

       **1567**                          **3785**                 Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     a.   *Property To Be Surrendered.*

        Description of Property                            Creditor's Name

          **1.   2004 Ford F250**                       **Ford Motor Credit Company**

     b.   *Property To Be Retained.*                 *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1.   **2003 Dodge Dakota** | **Daimler-Chrysler Services, N.A., LLC** | | | X | |
| 2.   **Homestead located at 310 East 1st Street, Janesville, MN 56048 and legally described as: Lot Six (6) and the West one-half of Lot Five (5), in Subdivision of Block 17, First Addition to the City of Janesville, Waseca County, State of Minnesota** | **State Farm Loan Services** | | | X | |
| 3.   **Homestead located at 310 East 1st Street, Janesville, MN 56048 and legally described as: Lot Six (6) and the West one-half of Lot Five (5), in Subdivision of Block 17, First Addition to the City of Janesville, Waseca County, State of Minnesota** | **TCF Mortgage** | | | X | |

Date:    **01/05/2005** _____                 **Jason Gerald Goins** _____
                                                 Signature of Debtor

Date:    **01/05/2005** _____                 **Shaundra Lynn Goins** _____
                                                 Signature of Joint Debtor

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Jason Gerald Goins**

**1567**

**Shaundra Lynn Goins**

**3785** _____,

              Debtor(s).

Case No. BKY _____

Chapter ___**7**___ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) & § 329(a) of the Bankruptcy Code , states that:

1.      The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.      (a) The filing fee paid by the under-signed to the clerk for the debtor(s) in this case is:     $ _____ **209.00**

        (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:     $ _____ **900.00**

        c) Prior to filing this statement, the debtor(s) paid to the undersigned:     $ _____ **900.00**

        (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:     $ _____ **0.00**

3.      The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.      The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.      The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  **01/05/2005** _____

Signed:  **/e/Mark C. Halverson** _____

           **Mark C. Halverson**
           **Bar no: 124217**
           Attorney for Debtor(s)

           **Halverson Law Office**
           **600 South Second Street**
           **P.O. Box 3544**
           **Mankato, MN 56002-3544**
           **1-507-345-1535**

LOCAL RULE REFERENCE: 1007-1

**B 201** (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| **01/05/2005** | **Jason Gerald Goins** | |
| Date | Signature of Debtor | Case Number |
| **01/05/2005** | **Shaundra Lynn Goins** | |
| Date | Signature of Joint Debtor | |

A TO Z RENTAL CENTER
1428 NORTH RIVER FRONT
MANKATO, MN 56001
WESTAMPTON, NJ 08060


ACA INTERNATIONAL
CHECK SERVICES DIVISION
226 NORTH 6TH STREET
LA CROSSE, WI 54601-3319


CAPITAL ONE
PO BOX 60000
SEATTLE, WA 98190-6000


CAPITAL ONE
PO BOX 25131
RICHMOND, VA 23276-0001


CAPITAL ONE
C/O NORTHLAND GROUP, INC.
PO BOX 390857
EDINA, MN 55439


CENEX
C/O STEVEN T. ROSSO
1640 COMO AVENUE
PO BOX 130668
ST. PAUL, MN 55113-0006


CONCORD SERVICING CORPORATION
PO BOX 4600
SCOTTSDALE, AZ 85261-4600


CONCORDE FINANCIAL
720 28TH STREET SW
FARGO, ND 58106


CREDIT BUREAU DATA, INC.
PO BOX 2288
LA CROSSE, WI 54602-2288

CREDIT BUREAU OF REDWOOD
PO BOX 28
242 SOUTH MILL ST.
REDWOOD FALLS, MN 56283


CROSS COUNTRY BANK
C/O NCO FINANCIAL SYSTEMS, INC.
PO BOX 41417
DEPT. 99
PHILDELPHIA, PA 19101


D & B RMS
4836 BRECKSVILLE ROAD
PO BOX 523
RICHFIELD, OH 44286


D & B RMS
305 FELLOWSHIP ROAD, SUITE 100
PO BOX 5470
MOUNT LAUREL, NJ 08054


DAIMLER-CHRYSLER SERVICES, N.A., LLC
400 HORSHAM ROAD
HORSHAM, PA 19044


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


FORD MOTOR CREDIT COMPANY
PO BOX 64400
COLORADO SPRINGS, CO 80962-44


GE CAPITAL FINANCIAL, INC.
PO BOX 79042
PHOENIX, AZ 85062-9042


HOUSEHOLD BANK (SB), N.A.
C/O CORPORATE RECEIVABLES, INC.
PO BOX 32995
PHOENIX, AZ 85064-2995

HY-VEE-MANKATO-1
C/O MIDWEST ACCOUNTS
110 E. WALNUT STREET
PO BOX 3564
MANKATO, MN 56002


I.C. SYSTEM, INC.
444 HWY. 96 EAST
PO BOX 64437
ST. PAUL, MN 55164-0437


IMMANUEL ST. JOSEPH'S HOSPITAL
C/O C. ANDREW JOHNSON
1712 JAMES DRIVE
PO BOX 1896
NORTH MANKATO, MN 56002-1896


INFOTEL
33 ELM STREET
MERRIMACK, NH 03054-6400


KWIK TRIP/KWIK STAR STORES
CREDIT DEPT.
PO BOX 1597
LACROSSE, WI 54602-1597


LINCOLN MARKETING, INC.
PO BOX 25122
WOODBURY, MN 55125


LINDY'S COLLECTION SERVICE/CHECKSAFE
PO BOX 99
NEW ULM, MN 56073-0099


M & I FINANCIAL
PO BOX 2045
MILWAUKEE, WI 53201-2045


M.C.C.
PO BOX 538
EAU CLAIRE, WI 54702-0538

MARK PITZELE, P.A.
1550 UTICA AVENUE SOUTH, STE. 500
ST. LOUIS PARK, MN 55416

MBNA-HILCO RECEIVABLES, LLC
C/O NATIONAL ENTERPRISE SYSTEMS, INC.
29125 SOLON ROAD
SOLON, OH 44129-3442

MEDIACOM
PO BOX 110
WASECA, MN 56093-0000

MENARD CASHWAY LUMBER
1771 PREMIER DRIVE
MANKATO, MN 56001

MENARDS, INC. 3050-MANKATO
C/O CLX SYSTEMS/WESTWOOD MGMT.
PO BOX 125
MEDINA, MN 55340-0125

MINNESOTA DEPARTMENT OF REVENUE
PO BOX 64651
ST. PAUL, MN 55164-0651

MINNESOTA DEPT. OF EMPLOYMENT AND
ECONOMIC DEVELOPMENT
390 ROBERT STREET N.
ST. PAUL, MN 55101

NCO FINANCIAL SYSTEMS, INC.
PO BOX 41417
DEPT. 99
PHILADELPHIA, PA 19101

PROFESSIONAL CREDIT ANALYSTS OF MN
1710 JAMES DRIVE
NORTH MANKATO, MN 56003

PROGRESSIVE INSURANCE CO.
2700 SNELLING AVENUE NORTH, STE. 200
ROSEVILLE, MN 55113


SAFEGUARD BUSINESS SYSTEMS
ACCOUNTING DEPARTMENT
101 W. BURNSVILLE PKWY #207
BURNSVILLE, MN 55337


SIRIUS SATELLITE RADIO, INC.
PO BOX 34517
NEWARK, NJ 07189-0001


SLUMBERLAND FURNITURE
C/O WELLS FARGO FINANCIAL NATIONAL BANK
PO BOX 94498
LAS VEGAS, NV 89193-4498


STATE FARM BANK, F.S.B.
C/O PATRICK B. HENNESSY
BEST & FLANAGAN
225 SOUTH 6TH ST., STE. 4000
MINNEAPOLIS, MN 55402


STATE FARM LOAN SERVICES
PO BOX 5961
MADISON, WI 53705-0961


TARGET CORPORATION
PO BOX 038994
TUSCALOOSA, AL 35403-8994


TCB TOOL CORPORATION
9124 GRAND AVENUE S
BLOOMINGTON, MN 55420-3636


TCF BANKS
C/O MILLENIUM CREDIT CONSULTANTS
PO BOX 18160
WEST ST. PAUL, MN 55118-0160

TCF MORTGAGE
801 MARQUETTE AVENUE
MINNEAPOLIS, MN 55402


TELECHECK SERVICES, INC.
PO BOX 17120
DENVER, CO 80217-0120


THE BERRY COMPANY
PO BOX 710298
CINCINNATI, OH 45271-0298


THE WILDERNESS COMPANY
37808 HILLSIDE DRIVE
ST. PETER, MN 56082


T-MOBILE
PO BOX 790047
ST. LOUIS, MN 63179-0047
63179-0047


TRS RECOVERY SERVICES, INC.
PO BOX 60022
CITY OF INDUSTRY, CA 91716-0022


U.S. BANK-RECOVERY DEPT.
C/O RIVER COLLECTION & RECOVERY SERVICE,
PO BOX 992
ELK RIVER, MN 55330


WASTE MANAGEMENT
WM OF SOUTHERN MINNESOTA MA
PO BOX 336
MANKATO, MN 56002-0336


YELLOW BOOK USA
6300 C STREET SW
CEDAR RAPIDS, IA 52404

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Jason Gerald Goins**

**Shaundra Lynn Goins**

**SIGNATURE DECLARATION**

Debtor(s).

Case No. _____

___✓___PETITION, SCHEDULES & STATEMENTS

_____CHAPTER 13 PLAN

_____SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____MODIFIED CHAPTER 13 PLAN

_____OTHER (Please describe:_____)

We **Jason Gerald Goins, Shaundra Lynn Goins** , the undersigned debtor(s) or authorized representative of the debtor,
*make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: __01/05/2005_____

X __**Jason Gerald Goins**_____          X ___**Shaundra Lynn Goins**_____
Signature of Debtor or Authorized Representative          Signature of Joint Debtor

__**Jason Gerald Goins**_____          __**Shaundra Lynn Goins**_____
Printed Name of Debtor or Authorized Representative          Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)