In re **Jason Gerald Goins**   **Shaundra Lynn Goins**   ,   Case No. **05-30053**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

SUPPLEMENTAL
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 412886426<br>**Americredit**<br>c/o Cavalry Portfolio Services<br>4050 E. Cotton Ctr. Blvd.<br>Building 2, Ste. 20<br>Phoenix, AZ 85040<br><br>Cavalry Portfolio Services<br>PO Box 27288<br>Tempe, AZ 85282 | | J | Credit Card Purchases | | | | 7,617.27 |
| ACCOUNT NO. 8400010849<br>**Bombard/GECF**<br>6560 North Scottsdale<br>Scottsdale, AZ 85253 | | J | Credit Card Purchases | | | | 6,221.00 |
| ACCOUNT NO. 4121-7420-2716-6548<br>**Capital One**<br>c/o Allied Interstate, Inc.<br>3111 S. Dixie Hwy., Ste. 101<br>West Palm Beach;, FL 33405 | | J | Credit Card Purchases | | | | 895.54 |
| ACCOUNT NO. 430572214522<br>**Capital One Bank**<br>11013 West Braod St.<br>Glen Allen, VA 23060 | | J | Credit Card Purchases | | | | 0.00 |
| ACCOUNT NO. 01-018088-8576930010<br>**Charter Communications**<br>1255 East Circle Dr., NE<br>Rochester, MN 55906-3962 | | J | Services | | | | 65.61 |

　2　Continuation sheets attached

Total ➤ $14,799.42

Form B6F - Cont.
(12/03)

**In re** Jason Gerald Goins     Shaundra Lynn Goins    , **Case No.** 05-30053
    **Debtor**                                                                        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01-018088-8576930010<br>**Charter Communications**<br>**1255 East Circle Dr., NE**<br>**Rochester, MN 55906-3962** | | J | Services | | | | 65.61 |
| ACCOUNT NO.<br>**Credit Bureau of Redwood Falls**<br>**PO Box 28**<br>**242 South Mill St.**<br>**Redwood Falls, MN 56283** | | J | Nu-Way St. James, Account #: 82556-202775 | | | | 30.00 |
| ACCOUNT NO.<br>**Culligan Water Conditioning**<br>**1104 South State Street**<br>**Waseca, MN 56093-3137** | | J | Services | | | | 119.02 |
| ACCOUNT NO. 1003-3302-0992-3300<br>**GE Capital Financial**<br>**PO Box 29116**<br>**Shawnee Mission, KS 66201** | | J | Credit Card Purchases | | | | 8,152.00 |
| ACCOUNT NO.<br>**Midwest Accounts**<br>**110 E. Walnut Street**<br>**Po Box 3564**<br>**Mankato, MN 56002**<br><br>**Jon G. Sarff, Attorney at Law**<br>**100 E. Walnut St.**<br>**Mankato, MN 56001** | | J | Accounts 2730480-3-7 and 2730480 11-26 | | | | 1,281.71 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➢ **$9,648.34**

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** **Jason Gerald Goins**    **Shaundra Lynn Goins**    ,    Case No. **05-30053**
    **Debtor**    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5542-8506-0102-7172** <br> **Providian** <br> **c/o Arrow Financial SErvices, LLC** <br> **PO Box 469005** <br> **Chicago, IL 60646-9005** <br><br> **Mark V. Lofstrom** <br> **Lofstrom Law Firm, LLC** <br> **PO Box 491084** <br> **Blaine, MN 55449** <br><br> **Pinnacle Financial** <br> **7825 Washington Avenue** <br> **Minneapolis, MN 55439** | | J | **Credit Card Purchases** | | | | **2,110.22** |
| ACCOUNT NO. **Inv. 00012367** <br> **Schmidt Siding & Window** <br> **901 North 5th Street** <br> **Janesville, MN 56048** | | H | **Miscellaneous Purchases** | | | | **122.00** |
| ACCOUNT NO. **21534251** <br> **Van Ru Credit Corporation** <br> **8550 Ulmerton Rd., Ste. 225** <br> **Largo, FL 33771-5351** | | J | | | | | **950.16** |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$3,182.38**
(Total of this page)

Total ➤ **$27,564.53**
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Jason Gerald Goins**
**Shaundra Lynn Goins**

### SIGNATURE DECLARATION

Debtor(s)                                    Case No.    05-30053

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
_X_ OTHER (Please describe: Supplemental Schedule F and Matrix   )

We, Jason Gerald Goins and Shaundra Lynn Goins,, the undersigned debtor(s) or authorized representative of the debtors, *make the following declarations under penalty of perjury:*

The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

**[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

**[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 2-15-05

_____         _____
Signature of Debtor or Authorized Representative     Representative Signature of Joint Debtor

Jason Gerald Goins                       Shaundra Lynn Goins
Printed Name of Debtor or Authorized Representative   Printed Name of Joint Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                      Chapter 7 Bky. #: 05-30053

Jason Gerald Goins
Shaundra Lynn Goins

                                                           **UNSWORN CERTIFICATE**
Debtor(s)                                                          **OF SERVICE**

      I, V. Kathleen Morrison, declare that on February 15, 2005, I served a copy of the attached **Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines** by first class mail, postage prepaid, to each entity on the attached list at the address stated for each entity:

      And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: February 15, 2005                         /e/ V. Kathleen Morrison
                                                                     V. Kathleen Morrison
                                                                     Halverson Law Office
                                                                     600 South 2nd Street
                                                                     PO Box 3544
                                                                     Mankato, MN 56002-3544
                                                                     507-345-1535

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:                                                              Chapter 7 Bky. #: 05-30053

Jason Gerald Goins
Shaundra Lynn Goins

                                                                                **UNSWORN CERTIFICATE**
                                Debtor(s)                                          **OF SERVICE**

---

      I, V. Kathleen Morrison, declare that on February 15, 2005, I served a copy of the attached **Supplemental Schedule F and Matrix** by first class mail, postage prepaid, to each entity named below at the address stated below for each entity:

United States Trustee, 1015 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415

Michael S. Dietz, 505 Marquette Bldg., PO Box 549, Rochester, MN 55903


      And I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on: February 15, 2005                  /e/ V. Kathleen Morrison
                                                                         V. Kathleen Morrison
                                                                        Halverson Law Office
                                                                        600 South 2nd Street
                                                                        PO Box 3544
                                                                        Mankato, MN 56002-3544
                                                                        507-345-1535

Americredit
c/o Cavalry Portfolio Services
4050 E. Cotton Ctr. Blvd.
Building 2, Ste. 20
Phoenix, AZ 85040

Bombard/GECF
6560 North Scottsdale
Scottsdale, AZ 85253

Capital One
c/o Allied Interstate, Inc.
3111 S. Dixie Hwy., Ste. 101
West Palm Beach;, FL 33405

Capital One Bank
11013 West Braod St.
Glen Allen, VA 23060

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85282

Charter Communications
1255 East Circle Dr., NE
Rochester, MN 55906-3962

Credit Bureau of Redwood Falls
PO Box 28
242 South Mill St.
Redwood Falls, MN 56283

Culligan Water Conditioning
1104 South State Street
Waseca, MN 56093-3137

GE Capital Financial
PO Box 29116
Shawnee Mission, KS 66201

Jon G. Sarff, Attorney at Law
100 E. Walnut St.
Mankato, MN 56001

Mark V. Lofstrom
Lofstrom Law Firm, LLC

PO Box 491084
Blaine, MN 55449

Midwest Accounts
110 E. Walnut Street
Po Box 3564
Mankato, MN 56002

Pinnacle Financial
7825 Washington Avenue
Minneapolis, MN 55439

Providian
c/o Arrow Financial SErvices, LLC
PO Box 469005
Chicago, IL 60646-9005

Schmidt Siding & Window
901 North 5th Street
Janesville, MN 56048

Van Ru Credit Corporation
8550 Ulmerton Rd., Ste. 225
Largo, FL 33771-5351